# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-11221
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

August 25, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

SERGIO ANGEL CASTILLO-GUERRA, also known as Sergio Castillo-Guerra,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:14-CR-130-2

Before JONES, CLEMENT, and ELROD, Circuit Judges.

PER CURIAM:*

Sergio Angel Castillo-Guerra appeals the district court's denial of his 18 U.S.C. § 3582(c)(2) motion to reduce his 210-month sentence imposed following his guilty plea conviction for conspiring to possess and distribute cocaine. The motion was filed while his direct appeal was pending, and the district court reasoned that Castillo-Guerra was not entitled to § 3582(c)(2) relief under that circumstance.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-11221

Castillo-Guerra has abandoned his claim of abuse of discretion by failing to brief it adequately. *See Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987); *Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993). Because Castillo-Guerra fails to make an argument containing "the reasons he deserves the requested relief with citation to the authorities, statutes and parts of the record relied on," we must reject his appeal. *Yohey,* 985 F.2d at 225 (internal quotation marks and citation omitted). His motion for the appointment of counsel is DENIED.

AFFIRMED.